UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

PHILLIP ANTHONY WEBER.

        Defendant.

Case No. CR08-5496JLR

DETENTION ORDER

Offense charged:

    Possession of methamphetamine with intent to distribute, and possession of a firearm by a person convicted of a felony.

Date of Detention Hearing: August 1, 2008.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    Defendant is charged by indictment with possession of methamphetamine with intent to distribute, and possession of a firearm by a person convicted of a felony. Defense counsel has attempted to contact defendant's fiancée. He has been unsuccessful. Defense counsel

DETENTION ORDER -1

indicated he is therefore not pressing for release at this time; however, if new information is developed, defense counsel requests leave to revisit the issue of detention. Defendant has had numerous contacts with law enforcement since 1981 including a 2002 conviction in Kitsap County Superior Court for violation of the uniform controlled substances act.

(2) In January of this year, defendant was charged in Mason County Superior Court with possession of methamphetamine with intent to distribute, and unlawful possession of a firearm. These charges are separate from the instant offense and are currently pending. On May 5, 2008, the Mason County Superior Court issued a warrant for defendant's arrest. That warrant was quashed on May 8, 2008.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/
/
/
/

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 1st day of August, 2008.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -3